UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY and
FORD GLOBAL TECHNOLOGIES, LLC     Case No. 17-12906

    Plaintiffs,     Honorable Nancy G. Edmunds

v.

LAUNCH TECH CO. LTD. and
LAUNCH TECH (USA), INC.

    Defendants.
_____/

**ORDER REGARDING PROCEDURES FOR PRELIMINARY INJUNCTION HEARING**

This matter has been scheduled for a hearing on Plaintiffs' motion for preliminary injunction on **July 12, 2018** at **10:00 a.m.** Such hearings, in the experience of the Court, are often comparable to non-jury trials, and counsel are thus directed to attend to the following instructions:

**1) Responsibility of Plaintiffs' counsel:**

Plaintiffs' counsel must convene a meeting of all attorneys, as soon as can practically be done, to discuss and resolve the issues noted herein. Such meeting may, in the discretion of counsel, be by telephone if all purposes of this order can be effectively dealt with through such means.

**2) Exhibits: Examining, Pre-marking, and Listing**

a) Counsel must identify in separate lists and exchange with opposing counsel each exhibit and each deposition proposed as an exhibit. "Exhibit" includes items which a party <u>will</u> introduce and items which a party <u>may</u> introduce.

b)  Counsel must promptly notify each other of any objections to the admissibility of a proposed exhibit that has not already been addressed by the Magistrate Judge and the basis of the objection.

c)  Agreed-upon exhibits and depositions shall be considered admitted at the outset of the hearing and may be used by either party at any time.

d)  All exhibits must be marked <u>by counsel</u> in advance of the hearing.  Counsel must not use court time asking the court reporter to mark exhibits.  Plaintiffs will use exhibit markers beginning with 101, and Defendants will use numbers beginning with 501.  In the event that an extraordinary number of exhibits are involved, counsel should discuss and decide upon a reasonable alteration of the above numbering system.

**3)  Filing or Submitting to Chambers Stipulated Exhibits, Depositions, and Other Matters**

a) **On or before June 1, 2018,** Plaintiffs and Defendants shall each file:

i)  A list of the witnesses you intend to call, if any, with a brief statement of the proposed testimony (one or two sentences) and an estimate of the time to be consumed in direct and cross examination as to each.

b) **On or before June 8, 2018**, Plaintiffs and Defendants must:

i)  File a joint list of exhibits and depositions ("Joint Exhibit List").  Each exhibit and each deposition that is not agreed to by the parties must be followed by a notation near the right margin of the page entitled "Objection:"; this notation shall be followed by a brief statement describing the nature or basis of the opposing party's objection that has not already been addressed by the Magistrate Judge;

ii)  File any motions in limine; and

iii)  Submit to the Court in chambers copies of the exhibits themselves, unless the bulk or other considerations make such submission impractical, and copies of the agreed-upon deposition testimony identified in the listing ordered above.

**SO ORDERED.**

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: May 10, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2018, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager