IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FORD MOTOR COMPANY**, a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC**, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>**LAUNCH TECH CO., LTD.**, a Chinese corporation, and **LAUNCH TECH (USA), INC.**, a California corporation<br><br>Defendants. | Civil Action No.<br>2:17-cv-12906-NGE-DRG<br><br>Honorable Nancy G. Edmunds |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own costs and attorneys' fees.

//

//

//

//

//

//

//

Dated: May 30, 2018

| | |
|---|---|
| By:   /s/ Gregory D. Phillips<br>Gregory D. Phillips (P80801)<br>Jared L. Cherry (P80800)<br>**Phillips Ryther & Winchester**<br>600 East 124 South<br>Salt Lake City, Utah 84102<br>Tel: (801) 935-4935<br>Fax: (801) 935-4936<br>gdp@prwlawfirm.com<br>jlc@prwlawfirm.com<br><br>*Attorneys for Plaintiffs* | By:   /s/ Kristin M. Jamberdino<br>Kristin M. Jamberdino<br>New York State Bar No. 4393005<br>**Nixon Peabody LLP**<br>Tower 46 55 West 46th Street<br>New York, NY 10036-4120<br>Tel: (212) 940-3000<br>Fax: (212) 940-3111<br>kjamberdino@nixonpeabody.com<br><br>Laura B. Bacon<br>Illinois State Bar No. 6288982<br>Deanna R. Kunze<br>Illinois State Bar No. 6287513<br>**Nixon Peabody LLP**<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>Tel: (312) 977-4400<br>Fax: (312) 977-4405<br>lbbacon@nixonpeabody.com<br>dkunze@nixonpeabody.com<br><br>Jeffrey L. Hudson (P31808)<br>**Dean & Fulkerson, P.C.**<br>801 W. Big Beaver Rd., 5th Floor<br>Troy, Michigan 48084<br>Tel: (248) 362-1300<br>Fax: (248) 362-1358<br>jhudson@dflaw.com<br><br>*Attorneys for Defendant Launch Tech Co., Ltd.* |

By:   /s/ Kelly W. Cunningham
Jeffrey G. Sheldon
Cal. State Bar No. 67,516
Kelly W. Cunningham
Cal. State Bar No. 186,229
**Cislo & Thomas LLP**
12100 Wilshire Blvd., Suite 1700
Los Angeles, California 90025
Tel: (310) 451-0647
Fax: (310) 394-4477
jsheldon@cislo.com
kcunningham@cislo.com

Thomas A. Matthews (P28414)
**Neal D. Nielsen & Associates**
200 Grand River Annex, Suite 2000
Brighton, Michigan 48114
Tel: (810) 227-7878
Fax:
tommatthews@livingstonlawoffices.com

*Attorneys for Defendant Launch Tech (USA), Inc.*

## Certificate of Service

I hereby certify that the foregoing document was electronically submitted on May 30, 2018, using the CM/ECF system, which will serve this document upon all counsel of record.

                                           /s/ Jared L. Cherry