UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FORD MOTOR COMPANY**, a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC**, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>**LAUNCH TECH CO., LTD.**, a Chinese corporation, and **LAUNCH TECH (USA), INC.**, a California corporation<br><br>Defendants. | Civil Action No.<br>2:17-cv-12906-NGE-DRG<br><br>Honorable Nancy G. Edmunds |

## **ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 121), hereby orders that the above-referenced case is dismissed with prejudice with each side bearing its own costs and attorney fees.

IT IS SO ORDERED

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE
